UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW BEAUDRY, a minor, by his
Legal Guardian, JULIE BOADWAY,          Case No. 12-15540

      Plaintiff,                                 Honorable Nancy G. Edmunds

v.

SMITH & NEPHEW, INC.,

      Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO AUTHORIZE SETTLEMENT [7]**

    At a hearing held on July 24, 2013, this matter came before the Court on Plaintiff's motion to authorize settlement [7]. Being fully advised in the premises, having read the pleadings, and for the reasons stated on the record, Plaintiff's motion is GRANTED. The Court approves the settlement of $26,000.00 with Defendant, approves attorney fees in the amount of $8,042.09 and costs in the amount of $1,630.03, and approves the payment to Blue Cross Blue Shield in the amount of $6,200.00.

    SO ORDERED.

                                            s/Nancy G. Edmunds
                                            Nancy G. Edmunds
                                            United States District Judge

Dated: July 29, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 29, 2013, by electronic and/or ordinary mail.

                                            s/Johnetta M. Curry-Williams
                                            Case Manager
                                            Acting in the Absence of Carol A. Hemeyer